# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH MAQUADE CHESLEY,<br><br>   Plaintiff<br><br>v.<br><br>CITY OF MESQUITE,<br><br>   Defendant | Case No.: 2:25-cv-00218-APG-MDC<br><br>**Order Denying Motion to Dismiss as Moot**<br><br>[ECF No. 23] |

In light of the amended complaint (ECF No. 24),

I ORDER that the defendant's motion to dismiss (ECF No. 23) is DENIED as moot because it is directed at the original complaint.

DATED this 17th day of April, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE