UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Joseph Maquade Chesley,

        Plaintiff,

vs.

City of Mesquite, et al.,

        Defendants.

2:25-cv-00218-APG-MDC

**ORDER DENYING STIPULATION**

**IT IS ORDERED** that the *Stipulated Discovery Plan and Scheduling Order* (ECF No. 34) **is DENIED WITHOUT PREJUDICE**. The proposed stipulation and scheduling order is not in compliance with LR 26-1.  The standard 180-discovery under LR 26-1(b)(1) is measured from the date a defendant first appears. Here, a defendant first appeared on February 4, 2025 (ECF No. 8).  If the parties desire a period longer that 180 days from February 4, 2025, they may have leave to file an amended stipulation showing good cause for the longer period or supporting why the 180 days should be measured from the April 4, 2025, date that defendant filed its motion to dismiss.  The parties are requested to please file an amended stipulation by **May 30, 2025**.

DATED this 27th day of May 2025.

IT IS SO ORDERED.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge