**O'HAGAN MEYER**
MARCUS LEE (Nevada Bar No. 15769)
E: MLee@ohaganmeyer.com
JOHN M. ORR (Nevada Bar No. 14251)
E: jorr@ohaganmeyer.com
300 S. 4th Street, Suite 1250
Las Vegas, NV 89101
Telephone: 725.286.2801

*Attorneys for City of Mesquite*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH MAQUADE CHESLEY, | Case No. 2:25-cv-00218-APG-MDC |
| Plaintiff, | **STIPULATION AND PROPOSED ORDER TO EXTEND DEADLINE TO FILE A RESPONSIVE PLEADING TO SECOND AMENDED COMPLAINT** |
| vs. | |
| CITY OF MESQUITE; and EDWARD OWEN DICKIE, in his individual capacity; and JESSE WHIPPLE, in his individual capacity; and MICHAEL BRANUM, in his individual capacity; and KAREN FIELDING, in her individual capacity; and PAUL WANLASS, in his individual capacity; and KEVIN PARRISH, in his individual; capacity; and DOES I-X, and DOES I-X | **(First Request)** |
| Defendants. | |

Pursuant to LR IA 6-1(a), the parties, by and through their respective counsel of record, hereby stipulate to extend Defendant City of Mesquite's (the "City") deadline to file its responsive pleading to Plaintiff's Second Amended Complaint ("SAC'), filed on May 13, 2025 (ECF No. 30) up to and until June 30, 2025. The SAC names as Defendants several current and former City officials: Edwin Dickey (former City Manager), Jesse Whipple (Mayor of Mesquite), Michael Branum (former City Attorney), and three current members of the City Council: Karen Fielding, Paul Wanlass, and Kevin Parrish.

Plaintiff has yet to serve any of these new Defendants. The City is coordinating with all interested parties to determine whether any of these newly-added Defendants will be jointly represented by the City's counsel of record in this matter. Once this issue is resolved, the City intends to accept service for any Defendants that are jointly represented by the City's counsel of record. To that end, and to promote efficiency and reduce litigation costs, the parties agree that good cause exists for this extension of time.

DATED this 3rd day of June 2025.

**DREHER LAW**

/s/*Ronald J. Dreher*
Ronald J. Dreher
Nevada Bar No. 15726
P.O. Box 6494
Reno, NV 89513

*Attorneys for Plaintiff*

DATED this 3rd day of June 2025.

**O'HAGAN MEYER, PLLC**

/s/ *Marcus Lee*
Marcus J. Lee, ESQ.
Nevada Bar No. 15769
John Orr, ESQ.
Nevada Bar No. 14251
300 S. 4th Street, Suite 1250
Las Vegas, NV 89101

*Attorneys for City of Mesquite*

IT IS SO ORDERED:

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge
DATED: 6/17/2025

2