UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Joseph Maquade Chesley,

          Plaintiff(s),

vs.

City of Mesquite,

          Defendant(s).

2:25-cv-00218-APG-MDC

**ORDER GRANTING MOTION**

    **IT IS ORDERED** that the *Motion to Substitute Attorney* (ECF No. 40) is GRANTED. Sheri M. Thome, Esq. and Jason R. Wiggs, Esq. of Wilson, Elser, Moskowitz, Edelman, & Dicker LLP shall be substituted as attorneys of record for defendant in place and stead of Marcus Lee, Esq. and John Orr, Esq., of O'Hagan Meyer, PLLC.

    **IT IS FURTHER ORDERED that** Marcus Lee, Esq. and John Orr, Esq., of O'Hagan Meyer, PLLC be removed as attorneys of record for defendant and from CM/ECF service in this matter.

    DATED this 23rd day of June 2025.

    IT IS SO ORDERED.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge