**SUBT**
**BLACK & WADHAMS**
Rusty Graf, Esq.
Nevada Bar No. 6322
10777 West Twain Avenue, Suite 300
Las Vegas, Nevada 89135
Telephone: (702) 869-8801
Facsimile: (702) 869-2669
E-mail: rgraf@blackwadhams.law
*Attorneys for Defendant Michael R. Branum*

## UNITED STATES DISTRICT COURT

## CLARK COUNTY, NEVADA

| | |
|---|---|
| JOSEPH MAQUADE CHESLEY, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF MESQUITE; and EDWARD OWEN DICKIE, in his individual capacity; and JESSE WHIPPLE, in his individual capacity; and MICHAEL BRANUM, in his individual capacity; and KAREN FIELDING, in her individual capacity; and PAUL WANLASS, in his individual capacity; and KEVIN PARRISH, in his individual; capacity; and DOES I-X,<br><br>Defendants. | Case No. 2:25-cv-00218-APG-MDC<br><br>**STIPULATION AND ORDER TO CONTINUE EARLY NEUTRAL EVALUATION** |

THE PARTIES, by and through respective undesigned counsel, hereby stipulate and agree to a requested extension of the Early Neutral Evaluation that is currently scheduled for September 17, 2025, at 10:00 a.m. via Zoom video conference, with the confidential written evaluation statement being due for September 10, 2025.

///

///

///

Case No. 2:25-cv-00218-APG-MDC

IT IS SO STIPULATED.

DATED this 14th day of August 2025

BLACK & WADHAMS

By: /s/ Rusty Graf
RUSTY GRAF, ESQ.
Nevada Bar No. 6322
10777 W. Twain Ave., Suite 300
Las Vegas, NV 89135
rgraf@blackwadhams.law
*Attorney for Michael Branum*

DATED this 14th day of August 2025

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER, LLP

By: /s/ Sheri Thome
SHERI THOME, ESQ.
Nevada Bar No. 8657
6689 Las Vegas Blvd. So., Suite 200
Las Vegas, Nevada 89119
sheri.thome@wilsonelser.com
*Attorney for City of Mesquite*

DATED this 14th day of August 2025

DREHER LAW

By: /s/ Ronald J. Dreher
RONALD J. DREHER, ESQ.
Nevada Bar No. 15726
P.O. Box 6494
Reno, NV 89513
ron@dreherlaw.net
*Attorney for Plaintiff*

DATED this 14th day of August 2025

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER, LLP

By: /s/ Jason R. Wigg
JASON R. WIGG, ESQ.
Nevada Bar No. 7953
6689 Las Vegas Blvd., So., Suite 200
Las Vegas, Nevada 89119
jason.wigg@wilsonelser.com
*Attorney for City of Mesquite*

Case No. 2:25-cv-00218-APG-MDC

## ORDER

Based upon the Stipulation of the Parties:

IT IS HEREBY ORDERED that the hearing on the Early Neutral Evaluation currently scheduled for September 17, 2025, at 10:00 a.m. be continued to **November 19, 2025,** at 10:00 a.m. as this Court is unavailable on the parties' requested date (October 9, 2025). In addition, the confidential settlement briefs, presently due September 10, 2025, will be due on November 12, 2025, by 4:00 P.M.

DATED this __19__ day of August 2025.



Respectfully submitted by:

BLACK & WADHAMS

By:/s/ *Rusty Graf*
RUSTY GRAF, ESQ.
Nevada Bar No. 6322
10777 W. Twain Avenue, Suite 300
Las Vegas, NV 89135
*Attorney for Michael Branum*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 14th day of August 2025, pursuant to Administrative Order 14-2 and N.E.F.C.R. 9, I did cause a true copy of the foregoing the **STIPULATION AND ORDER TO EXTEND**, to be served electronically using the E-File & Serve system, to all parties with an email address on record.

                                                  */s/ Diane Meeter*
                                            An Employee of Black & Wadhams

**Diane Meeter**

| | |
|---|---|
| **From:** | Ronald Dreher <ron@dreherlaw.net> |
| **Sent:** | Wednesday, August 13, 2025 12:09 PM |
| **To:** | Diane Meeter; Thome, Sheri; Jason Straub (Work) |
| **Cc:** | Rusty Graf; Sasha Araujo |
| **Subject:** | Re: Chesley v. City of Mesquite - SAO to Continue Early Neutral Evaluation (Case No. 2:25-cv-00218) |

This message has originated from outside your organization.

I'm fine with this. You may affix my electronic signature.
Ron

Ronald J. Dreher, Esq.
Dreher Law
P.O. Box 6494
Reno, NV 89513
(775) 846-9804

This email (to include any attachments), is confidential and may be legally privileged. If you have received it in error, you are on notice of its status. Please immediately notify the above sender by reply email and then delete this message from your system. Do not copy it or use it for any purposes, or disclose its contents to any other person. To copy or disclose its contents could violate state and Federal privacy laws. This email, including any attachments, is intended for the person(s) or company named and may contain confidential and/or legally privileged information. Unauthorized disclosure, copying or use of this information may be unlawful and is prohibited. Thank you for your understanding and cooperation.

Ce courriel (y compris les pièces jointes) est confidentiel et peut faire l'objet d'un privilège légal. Si vous l'avez reçu par erreur, vous êtes informé de son statut. Veuillez en informer immédiatement l'expéditeur susmentionné en lui répondant par courrier électronique, puis supprimez ce message de votre système. Ne le copiez pas, ne l'utilisez pas à d'autres fins et ne divulguez pas son contenu à d'autres personnes. La copie ou la divulgation de son contenu pourrait constituer une violation des lois nationales et fédérales sur la protection de la vie privée. Ce courriel, y compris les pièces jointes, est destiné à la (aux) personne(s) ou à la société nommée(s) et peut contenir des informations confidentielles et/ou juridiquement privilégiées. La divulgation, la copie ou l'utilisation non autorisée de ces informations peut être illégale et est interdite. Je vous remercie de votre compréhension et de votre coopération.

**From:** Diane Meeter <dmeeter@blackwadhams.law>
**Sent:** Wednesday, August 13, 2025 10:23
**To:** Ronald Dreher <ron@dreherlaw.net>; Thome, Sheri <sheri.thome@wilsonelser.com>; Jason Straub (Work) <jason.straub@lightspeedvt.com>
**Cc:** Rusty Graf <rgraf@blackwadhams.law>; Sasha Araujo <saraujo@blackwadhams.law>
**Subject:** Chesley v. City of Mesquite - SAO to Continue Early Neutral Evaluation (Case No. 2:25-cv-00218)

Counsel:

Please find attached a Stipulation and Order to Continue the Early Neutral Evaluation for your review and any redlined changes. If no changes are necessary please provide permission to submit with your electronic signatures.

Diane Meeter
Legal Assistant to Rusty Graf, Esq.
Legal Assistant to Brigid M. Higgins, Esq.
Legal Assistant to Sasha Araujo, Esq.

1

**Diane Meeter**

| | |
|---|---|
| **From:** | Thome, Sheri <Sheri.Thome@wilsonelser.com> |
| **Sent:** | Thursday, August 14, 2025 12:21 PM |
| **To:** | Diane Meeter; Ronald Dreher; Jason Straub (Work) |
| **Cc:** | Rusty Graf; Sasha Araujo |
| **Subject:** | Re: Chesley v. City of Mesquite - SAO to Continue Early Neutral Evaluation (Case No. 2:25-cv-00218) |

**This message has originated from outside your organization.**

OK to sign.

Sheri Thome
Regional Managing Partner
Wilson Elser
6689 Las Vegas Blvd South
Suite 200
Las Vegas, NV 89119
702-727-1370

Sent from my T-Mobile 5G Device
Get Outlook for Android

**From:** Diane Meeter <dmeeter@blackwadhams.law>
**Sent:** Thursday, August 14, 2025 12:20:10 PM
**To:** Ronald Dreher <ron@dreherlaw.net>; Thome, Sheri <Sheri.Thome@wilsonelser.com>; Jason Straub (Work) <jason.straub@lightspeedvt.com>
**Cc:** Rusty Graf <rgraf@blackwadhams.law>; Sasha Araujo <saraujo@blackwadhams.law>
**Subject:** Chesley v. City of Mesquite - SAO to Continue Early Neutral Evaluation (Case No. 2:25-cv-00218)

**EXTERNAL EMAIL** This email originated from outside the organization.

Sheri and Jason, following up again on this email that was sent regarding SAO. Mr. Dreher has already replied.

Counsel:

Please find attached a Stipulation and Order to Continue the Early Neutral Evaluation for your review and any redlined changes. If no changes are necessary please provide permission to submit with your electronic signatures.

Diane Meeter
Legal Assistant to Rusty Graf, Esq.
Legal Assistant to Brigid M. Higgins, Esq.
Legal Assistant to Sasha Araujo, Esq.

1