UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Joseph Maquade Chesley,<br><br>　　　　　Plaintiff(s),<br><br>vs.<br><br>City of Mesquite,<br><br>　　　　　Defendant(s). | 2:25-cv-00218-APG-MDC<br><br>**Order** |

Pending before the Court is defendants' *Motion to Strike* (*ECF No. 55*)("Motion"). The Court DENIES as moot the Motion for the reasons set forth below. However, the Court notes to plaintiff's counsel that further amended complaints must be filed pursuant to Federal Rule of Civil Procedure 15 and Local Rule 15-1.

**DISCUSSION**

Plaintiff filed his first complaint against defendants on February 3, 2025, alleging that defendants were liable under an array of causes of action. *ECF No. 1* at 8-13. Soon after defendant City of Mesquite filed a *Motion to Dismiss* (*ECF No. 23*), plaintiff filed his *First Amended Complaint* ("FAC") on April 16, 2025. *ECF No. 24*. When defendants again filed a *Motion to Dismiss* (*ECF No. 27*) to the plaintiff's FAC, plaintiff soon after filed his *Second Amended Complaint* ("SAC") on May 13, 2025. *ECF No. 30*.[1] And finally, plaintiff filed his *Third Amended Complaint* on July 13, 2025. *ECF No. 49*.[2] In these complaints, plaintiff re-stated many of the same causes of action, sometimes copying verbatim from prior complaints. *See ECF No. 1*, *24*, *30*, *49*.

Defendants move to strike the *Third Amended Complaint* (*ECF No. 49*) pursuant Rule 12(f) and 15(a) of the Federal Rules of Civil Procedure, and Local Rule 15-1. *ECF No. 55*. Plaintiff responds by

---

[1] Plaintiff did not seek the leave of the Court or permission from defendants before filing his SAC.
[2] Again, Plaintiff did not seek leave of the Court or permission from defendant before filing.

stating that he withdrew his Third Amended Complaint, and the issue is now moot. *ECF No.* 59; *see also ECF No. 57*.

The Court agrees that the issue is now moot since plaintiff withdrew his Third Amended Complaint (*ECF No. 57*). However, the Court cautions plaintiff's counsel from filing further amended complaints without following Federal Rule of Civil Procedure 15 and Local Rule 15-1. Here already, plaintiff's *Third Amended Complaint* (and the *Second Amended Complaint*) was not filed with leave of the Court or defendants' written consent. Federal Rule of Civil Procedure 15(a)(2) states that when a party amends their pleading once as a matter of right, they "may amend its pleading [again] only with the opposing party's written consent or the [C]ourt's leave." Fed. R. Civ. P. 15(a)(2). Additionally, Local Rule 15-1 states that "[u]nless the court orders otherwise, the moving party **must** attach the proposed amended pleading to a motion seeking leave of the court to file an amended pleading." LR 15-1 (emphasis added).

ACCORDINGLY,

1. **IT IS ORDERED** that the *Motion to Strike* (*ECF No. 55*) is DENIED as moot.
2. The Court Clerk is directed to strike Plaintiff's Third Amended Complaint at *ECF No. 49*, per plaintiff's Notice of Withdrawal (*ECF No. 57*).
3. The Court also notes to plaintiff's counsel that further amended complaints must be filed pursuant to Federal Rule of Civil Procedure 15 and Local Rule 15-1.

DATED this 29th day of August 2025.

IT IS SO ORDERED.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge