Ronald J. Dreher
Nevada Bar No. 15726
DREHER LAW
P.O. Box 6494
Reno, NV 89513
775-846-9804
ron@dreherlaw.net
*Attorney for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT**

**IN AND FOR THE DISTRICT OF NEVADA**

JOSEPH MAQUADE CHESLEY,

Plaintiff,

vs.

CITY OF MESQUITE**;** and EDWARD OWEN DICKIE, in his individual capacity; and JESSE WHIPPLE, in his individual capacity; and MICHAEL BRANUM, in his individual capacity; and KAREN FIELDING, in her individual capacity; and PAUL WANLASS, in his individual capacity; and KEVIN PARRISH, in his individual; capacity; and DOES I-X,

Defendants.
__________________________________/

Case No.: 2:25-cv-00218-APG-MDC

**STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFF TO REPLY TO RESPONSE TO PLAINTIFF'S MOTION TO AMEND SECOND AMENDED COMPLAINT**

**(FIRST REQUEST)**

Plaintiff Joseph MaQuade Chesley ("Plaintiff") and Defendants City of Mesquite (the "City"), Edward Owen Dickie ("Dickie"), Jesse Whipple ("Whipple"), Karen Fielding ("Fielding"), Paul Wanlass ("Wanlass"), Kevin Parrish ("Parish") and Michael Branum ("Branum") (collectively the "Defendants"), by and through their undersigned counsel of record, hereby submit the following Stipulation to Extend Plaintiff's time to reply in accordance with LR IA 6-1.

1. On October 24, 2025, Plaintiff served Defendants[1] his Motion to Amend Second Amended Complaint. (ECF No. 68).

2. On November 7, 2025, Defendants City, Dickie, Whipple, Fielding, Wanlass and Parrish filed their Response in opposition to Plaintiff's Motion. (ECF No. 73).

3. Plaintiff's Reply to the Response is currently due on November 14, 2025.

4. The parties are currently scheduled to conduct four depositions, three by Plaintiff and one by Defendant City, between November 11 and November 14, 2025.

5. Due to the pending depositions, Plaintiff requested an extension of one week to file his Reply.

6. The Parties have conferred and agreed to extend the deadline for Plaintiff to file his Reply to the above-named Response to November 21, 2025.

7. This is the first stipulation to extend the time for Plaintiff to reply to the Response.

8. The Parties believe these circumstances constitute good cause for granting an extension. See Fed. R. Civ. P. 6(b)(1).

9. This Stipulation is made in good faith and not for the purpose of delay.

/ / /

/ / /

/ / /

/ / /

/ / /

[1] Defendant Branum does not appear to have been on the service list for the motion but will be filing a joinder to the other Defendants' Opposition on 11.10.25.

10. Nothing in this Stipulation and Order shall operate to waive, relinquish, or impair any claim, defense, objection, or right of any party in this case. Further, nothing in this Stipulation and Order shall be construed as an admission of or consent to the merit or validity of any claim, defense, objection, or right by any party in this case.

**IT IS SO STIPULATED.**

DATED this ___ day of November, 2025.

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

*/s/ Sheri M. Thome*
Sheri M. Thome, Esq., Nevada Bar No. 008657
Jason R. Wigg, Esq., Nevada Bar No. 007953
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada 89119
*Attorneys for Defendants City of Mesquite, Edward Owen Dickie, Jesse Whipple, Karen Fielding, Paul Wanlass, & Kevin Parrish*

DATED this ___ day of November, 2025.

DREHER LAW

*/s/ Ronald J. Dreher*
Ronald J. Dreher, Esq., NV No. 15726
P.O. Box 6494
Reno, NV 89513
775-846-9804
*Attorney for Plaintiff*

DATED this ___ day of November, 2025.

BLACK & WADHAMS

*/s/ Rusty J. Graf*
Rusty J. Graf, Esq., Nevada Bar No. 06322
10777 W. Twain Avenue, Suite 300
Las Vegas, NV 89135
rgraf@blackwadhams.law
*Attorney for Defendant Michael Branum*

**ORDER**

IT IS SO ORDERED:

Hon. Maximiliano D. Couvillier, III
UNITED STATES MAGISTRATE JUDGE

DATED: November 12, 2025