# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

JOSEPH MAQUADE CHESLEY,

    Plaintiff

v.

CITY OF MESQUITE, et al.,

    Defendants

Case No.: 2:25-cv-00218-APG-MDC

**Order Denying Motions to Dismiss as Moot**

[ECF No. 42, 52]

In light of the third amended complaint (ECF No. 86),

I ORDER that the defendants' motions to dismiss (ECF Nos. 42, 52) are DENIED as moot because they are directed at an earlier version of the complaint.

DATED this 23rd day of February, 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE