Sheri M. Thome, Esq.
Nevada Bar No. 008657
Jason R. Wigg, Esq.
Nevada Bar No. 007953
**WILSON, ELSER, MOSKOWITZ,**
**EDELMAN & DICKER LLP**
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada 89119
Telephone: 702.727.1400
Facsimile: 702.727.1401
Email: Sheri.Thome@wilsonelser.com
Email: Jason.Wigg@wilsonelser.com
*Attorneys for Defendants City of Mesquite,*
*Edward Owen Dickie, Jesse Whipple, Karen Fielding,*
*Paul Wanlass, & Kevin Parrish*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH MAQUADE CHESLEY,<br><br>                    Plaintiff,<br><br>vs.<br><br>CITY OF MESQUITE, and EDWARD OWEN DICKIE, in his individual capacity, and JESSE WHIPPLE, in his individual capacity, and MICHAEL BRANUM, in his individual capacity, and KAREN FIELDING, in her individual capacity, and PAUL WANLASS, in his individual capacity, and KEVIN PARRISH, in his individual, capacity, and THE TRAVELERS INDEMNITY COMPANY, a corporation, and DOES I-X,<br><br>                    Defendants. | Case No.  2:25-cv-00218-APG-MDC<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE RESPONE TO PLAINTIFF'S THIRD AMENDED COMPLAINT [ECF #86]**<br><br>**(First Request)** |

Defendants City of Mesquite (the "City'), Edward Owen Dickie ("Dickie"), Jesse Whipple ("Whipple"), Karen Fielding ("Fielding"), Paul Wanlass ("Wanlass"), and Kevin Parrish ("Parish") (collectively the "Defendants"), and Plaintiff Joseph MaQuade Chesley ("Plaintiff"), by and through their undersigned counsel of record, hereby stipulate and agree to extend the deadline for Defendants to file a pleading responsive to Plaintiff's Third Amended Complaint [ECF No. 86] by seven (7) days, from March 9, 2026 to **March 16, 2026**.

///

///

-1-

331409279v.1

*Chesley v. City of Mesquite, et al.*
Case No. 2:25-cv-00218-APG-MDC

This stipulation is submitted in compliance with LR IA 6-1.  Good cause exists for the requested extension as defense counsel needs additional time to prepare the responsive pleading and consult with clients to obtain approval of the same.  Defendants requested the extension and Plaintiff fully cooperated and agreed.

This is the first request for extension of this deadline.

**IT IS SO STIPULATED.**

DATED this 6th day of March, 2026.                DATED this 6th day of March, 2026.

WILSON, ELSER, MOSKOWITZ, EDELMAN        DREHER LAW
& DICKER LLP

/s/  Jason R. Wigg                                      /s/  Ronald J. Dreher
Sheri M. Thome, Esq.                                  Ronald J. Dreher, Esq.
Nevada Bar No. 008657                                Nevada Bar No. 15726
Jason R. Wigg, Esq.                                   P.O. Box 6494
Nevada Bar No. 007953                                Reno, NV 89513
6689 Las Vegas Blvd. South, Suite 200            *Attorney for Plaintiff*
Las Vegas, Nevada 89119                            *Joseph MaQuade Chesley*
*Attorneys for Defendants City of Mesquite,*
*Edward Owen Dickie, Jesse Whipple, Karen*
*Fielding, Paul Wanlass, & Kevin Parrish*

**IT IS SO ORDERED:**

_____
Hon. Maximiliano D. Couvillier, III
UNITED STATES MAGISTRATE JUDGE

DATED: __March 10, 2026_____

-2-

331409279v.1