Ronald J. Dreher
Nevada Bar No. 15726
DREHER LAW
P.O. Box 6494
Reno, NV 89513
775-846-9804
ron@dreherlaw.net
*Attorney for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT**

**IN AND FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| JOSEPH MAQUADE CHESLEY, | Case No.: 2:25-cv-00218-APG-MDC |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFF TO RESPOND TO DEFENDANTS' MOTIONS TO DISMISS THIRD AMENDED COMPLAINT** |
| CITY OF MESQUITE**;** and EDWARD OWEN DICKIE, in his individual capacity; and JESSE WHIPPLE, in his individual capacity; and MICHAEL BRANUM, in his individual capacity; and KAREN FIELDING, in her individual capacity; and PAUL WANLASS, in his individual capacity; and KEVIN PARRISH, in his individual; capacity; and THE TRAVELERS INDEMNITY COMPANY, a corporation, and DOES I-X, | **(FIRST REQUEST)** |
| Defendants. | |

_____/

Plaintiff Joseph MaQuade Chesley ("Plaintiff") and Defendants City of Mesquite (the "City"), Edward Owen Dickie ("Dickie"), Jesse Whipple ("Whipple"), Karen Fielding ("Fielding"), Paul Wanlass ("Wanlass"), Kevin Parrish ("Parish") and Michael Branum ("Branum") (collectively the "Defendants"), by and through their undersigned counsel of

record, hereby submit the following Stipulation to Extend Plaintiff's time to respond in accordance with LR IA 6-1.

1.    On March 13, 2026, Defendant Branum filed his Motion to Dismiss Third Amended Complaint.  (ECF No. 92).

2.    On March 16, 2026, Defendants City, Dickie, Whipple, Fielding, Wanlass and Parrish filed their Motion to Dismiss Third Amended Complaint.  (ECF No. 93).

3.    Plaintiff's response to Defendant Branum's motion is currently due on March 27, 2026, and his response to Defendants City, Dickie, Whipple, Fielding, Wanlass and Parrish's motion is March 30, 2026.

4.    Plaintiff counsel currently has multiple other matters with due dates that are in or around the same time as this response, to include a brief in the Nevada Supreme Court.

5.    The Parties have conferred and agreed to extend the deadline for Plaintiff to file his response to the above-named motions to dismiss to April 10, 2026.

6.    This is the first stipulation to extend the time for Plaintiff to file his response.

7.    The Parties believe these circumstances constitute good cause for granting an extension. See Fed. R. Civ. P. 6(b)(1).

8.    This Stipulation is made in good faith and not for the purpose of delay.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

9.     Nothing in this Stipulation and Order shall operate to waive, relinquish, or impair any claim, defense, objection, or right of any party in this case. Further, nothing in this Stipulation and Order shall be construed as an admission of or consent to the merit or validity of any claim, defense, objection, or right by any party in this case.

**IT IS SO STIPULATED.**

DATED this 23rd day of March, 2026.

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

*/s/ Jasons R. Wigg*
Sheri M. Thome, Esq., Nevada Bar No. 008657
Jason R. Wigg, Esq., Nevada Bar No. 007953
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada 89119
*Attorneys for Defendants City of Mesquite, Edward Owen Dickie, Jesse Whipple, Karen Fielding, Paul Wanlass, & Kevin Parrish*

DATED this 23rd day of March, 2026.

BLACK & WADHAMS

*/s/ Rusty J. Graf*
Rusty J. Graf, Esq., Nevada Bar No. 06322
10777 W. Twain Avenue, Suite 300
Las Vegas, NV 89135
rgraf@blackwadhams.law
*Attorney for Defendant Michael Branum*

DATED this 23rd day of March, 2026.

DREHER LAW

*/s/ Ronald J. Dreher*
Ronald J. Dreher, Esq., NV No. 15726
P.O. Box 6494
Reno, NV 89513
775-846-9804
*Attorney for Plaintiff*

IT IS SO ORDERED:

ANDREW P. GORDON
CHIEF U.S. DISTRICT JUDGE

DATED: March 24, 2026