Sheri M. Thome, Esq.
Nevada Bar No. 008657
Jason R. Wigg, Esq.
Nevada Bar No. 007953
**WILSON, ELSER, MOSKOWITZ,**
**EDELMAN & DICKER LLP**
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada 89119
Telephone: 702.727.1400
Facsimile: 702.727.1401
Email: Sheri.Thome@wilsonelser.com
Email: Jason.Wigg@wilsonelser.com
*Attorneys for Defendants City of Mesquite,*
*Edward Owen Dickie, Jesse Whipple, Karen Fielding,*
*Paul Wanlass, & Kevin Parrish*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH MAQUADE CHESLEY, | Case No.  2:25-cv-00218-APG-MDC |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANTS TO FILE REPLIES IN SUPPORT OF MOTIONS TO DISMISS THIRD AMENDED COMPLAINT** |
| CITY OF MESQUITE, and EDWARD OWEN DICKIE, in his individual capacity, and JESSE WHIPPLE, in his individual capacity, and MICHAEL BRANUM, in his individual capacity, and KAREN FIELDING, in her individual capacity, and PAUL WANLASS, in his individual capacity, and KEVIN PARRISH, in his individual, capacity, and THE TRAVELERS INDEMNITY COMPANY, a corporation, and DOES I-X, | **(First Request)** |
| Defendants. | |

Defendants City of Mesquite, Edward Owen Dickie, Jesse Whipple, Karen Fielding, Paul Wanlass, and Kevin Parrish (collectively the "City Defendants"), Defendant Michael Branum ("Branum"), and Plaintiff Joseph MaQuade Chesley ("Plaintiff"), by and through their undersigned counsel of record, hereby stipulate and agree to extend the deadline for the City Defendants and Branum to file replies in support of their motions to dismiss Plaintiff's third amended complaint[1] by two weeks, from April 17, 2026 to **May 1, 2026**.

This stipulation is submitted in compliance with LR IA 6-1.  Good cause exists for the

---

[1] ECF Nos. 92 and 93.

331409279v.1

requested extension as defense counsel needs additional time to prepare the reply pleading and consult with clients to obtain approval of the same.  Defendants requested the extension and Plaintiff fully cooperated and agreed.

This is the first request for extension of this deadline.

**IT IS SO STIPULATED.**

DATED this 17th day of April, 2026.

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

*/s/ Jason R. Wigg*
Sheri M. Thome, Esq.
Nevada Bar No. 008657
Jason R. Wigg, Esq.
Nevada Bar No. 007953
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada 89119
*Attorneys for Defendants City of Mesquite,*
*Edward Owen Dickie, Jesse Whipple, Karen*
*Fielding, Paul Wanlass, & Kevin Parrish*

DATED this 17th day of April, 2026.

BLACK & WADHAMS

*/s/ Rusty J. Graf*
Rusty J. Graf, Esq.
Nevada Bar No. 06322
Sasha Araujo-Hernandez, Esq.
Nevada Bar No. 16675
10777 W. Twain Avenue, Suite 300
Las Vegas, NV 89135
*Attorneys for Defendant Michael Branum*

DATED this 17th day of April, 2026.

DREHER LAW

*/s/ Ronald J. Dreher*
Ronald J. Dreher, Esq.
Nevada Bar No. 15726
P.O. Box 6494
Reno, NV 89513
*Attorney for Plaintiff*
*Joseph MaQuade Chesley*

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: ___April 20, 2026_____

-2-

331409279v.1